June 11, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN 15 2015

CHRISTOPHER A. PRINE

CLERK _____

CHRISTOPHER A. PRINE

CLERK OF THE COURT

FIRST DISTRICT COURT OF APPEALS

301 FANNIN STREET

HOUSTON, TX 77002-2066

RE: COURT OF APPEALS No: 01-15-00517-CR    TRIAL COURT CASE No. 1436278

COURT OF APPEALS No: 01-15-00518-CR    TRIAL COURT CASE No. 1436279

STYLED: JOHN HENRY SKILLERN VS. THE STATE OF TEXAS.

DEAR MR. PRINE:

Following receipt of Your Office most recently Notification/Letter dating June 08, 2015. "In Reference to the Above mention causes.

Please make note that the Appellant in the above cases, has filed within the Trial Court of 182nd Judicial District Court of Harris County, it's Appellant's Application To Proceed Inability To Proceed Informa Pauprius, And Its Inability To Pay the Court Costs to have the Court Reporter's Records to be Transmitted.

Therefore the Court Reporter has failed to forward the Court Reporter's Records within Your office, and at this time I am Requesting that this Court Issue an Order the Trial Court Reporter of the 182nd Judicial District Court of Harris County To Transmit the Reporters Records Immediately. "If Theres any Additional Information Needed." Please notify me immediately of such Inquiry

"THANK YOU FOR YOUR COURTESY AND PATRONAGE TO THIS MATTER!"

SINCERELY

JOHN HENRY SKILLERN

SPN 0274 334 LOL. 5E1-B

1200 BAKER STREET

HOUSTON TX 77002

CC/FILE

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: John Wesley Skillern
SPN: 02747334  Cell: 5E1-B
Street: 1200 Baker Street
HOUSTON, TEXAS 77002

NORTH HOUSTON TX 770

**MAIL RECEIVED**

```
RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN 1 5 2015

CHRISTOPHER A. PRINE
CLERK
```

ChRistopher A. Prine, Clerk
Clerk of The Court
First District Court Of Appeals
301 Fannin Street
Houston, TX 77002-2066

7700220669